**KAITLIN S. VERDURA #025802**
**VERDURA LAW GROUP PLLC**
PO Box 45345
Phoenix, AZ 85064
(602) 421-0515 phone
(877) 257-8895 fax
*e-mail: kv@verduralaw.com*

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>John Michael Caruso,<br><br>    Defendant. | Case No. CR-20-00165-1-PHX-JJT (MTM)<br><br>**DEFENDANT'S MOTION<br>TO CONTINUE ARRAIGNMENT**<br><br>**(Assigned to the Honorable<br>Judge John J. Tuchi)** |

    Defendant, John Michael Caruso, by and through undersigned counsel, respectfully requests this Court enter an order continuing the Arraignment hearing currently scheduled on February 26, 2020, at 10:00 a.m., to 3:00 p.m. to coincide with the Initial Appearance docket, or in the alternative, requests that undersigned counsel's representation of Mr. Caruso be terminated.

    The reason for this request is that defense counsel has preexisting scheduling conflict on the morning of February 26, 2020. Thus, a brief continuance to the afternoon docket is respectfully requested to alleviate the scheduling conflict. Additionally, Mr. Caruso recently retained private counsel. On February 19, 2020, Attorney Richard Schonfeld, filed a Notice of Attorney Appearance *Pro Hoc Vice* in this matter. (See ECF #34.) As a result, undersigned counsel's presence may no longer be needed moving forward; however, because Mr. Schonfeld appearance is *Pro*

1

*Hoc Vice*, undersigned does not know if the Court requires local counsel to remain on the case for any reason. If undersigned counsel's presence is no longer needed and representation is terminated, this motion is moot and therefore withdrawn.

Undersigned counsel has contacted the assigned prosecutor in this case, Mr. Stone, as well as counsel for Mr. Caruso, Mr. Schonfeld. Neither party opposes the request to reset this matter to the afternoon.

For the reasons stated herein, undersigned counsel respectfully requests this Court grant Defendant's Motion to Continue Arraignment.

Excludable delay under 18 U.S.C. § 3161 may result from this motion or from an order based thereon.

Respectfully submitted: February 21, 2020.

VERDURA LAW GROUP PLLC

*s/Kaitlin S. Verdura*
Kaitlin S. Verdura
Attorney for Defendant

Copy of the foregoing transmitted
by ECF for filing February 21, 2020, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

ANDREW STONE
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408

JAMES KNAPP
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408

RICHARD A. SCHONFELD, ESQ.
Private Counsel for Defendant
520 South Fourth Street
Las Vegas, Nevada 89101

By: *s/Kaitlin S. Verdura*