**BASKIN RICHARDS PLC**
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone No. 602-812-7979
Facsímile 602-595-7800
E-mail: alan@baskinrichards.com
mmilovic@baskinrichards.com
Name and State Bar No.:   Alan Baskin #013155
Mladen Milovic #035560

**CHESNOFF & SCHONFELD**
Richard S. Schonfeld NV #6815 (*PHV*)
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone No. 702-384-5563
Facsímile: 702- 598-1452
rschonfeld@cslawoffice.net

**PUGLISI LAW**
Sabrina Vora-Puglisi FL #324360 (*PHV*)
40 N.W. 3rd Street, Ph1
Miami, FL  33128
Telephone No. 305-403-8063
Facsímile: 305-379-6668
sabrina@puglisilaw.com

*Attorneys for Defendant John Caruso, Jr.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>John Michael Caruso,<br><br>Defendant. | **Case No.  CR-20-00165-JJT**<br><br>**SUPPLEMENT TO OBJECTION TO ORDER DENYING DEFENDANT'S EMERGENCY MOTION TO RE-OPEN DETENTION HEARING**<br><br>**(Expedited Ruling/Oral Argument Requested)** |

Defendant John Michael Caruso files this Supplement to Objection to Order Denying Defendant's Emergency Motion to Re-open Detention Hearing. [Dkt 53].

1. On April 30, 2020, this Court held a hearing on the Defendant's Objection to Order Denying Defendant's Emergency Motion to Re-open Detention Hearing.

[Dkt. 67]. At the conclusion of the hearing, the Court took the matter under advisement and the parties are awaiting an Order.

2. The defense believes that new information, recently learned, is appropriate and relevant to the Court's determination.

3. On May 3, 2020, an inmate residing in Mr. Caruso's cell was removed with a fever and flu-like symptoms. The inmate has been tested for COVID-19 and is apparently awaiting results. [*See* May 4, 2020 emails with United States Marshals Service; attached as Exhibit 1.]

4. As a result, not only is Mr. Caruso's cell under quarantine, but the entire POD is. [*See id*.] The inmates were advised that the quarantine is in place "until further notice," which precludes an inmate from leaving his cell for any reason, including attorney visits.

5. These developments only magnify Mr. Caruso's concerns about his exposure to COVID-19 and its attendant impact on his ability to prepare a defense.

6. The defense would also advise the Court that Mr. Caruso's release plan includes residing in an apartment where he would be able to self-quarantine for the appropriate period of time to ensure that there is no spread of the virus to the community.

RESPECTFULLY SUBMITTED this 4th day of May, 2020.

BASKIN RICHARDS PLC

/s/ Alan S. Baskin
Alan S. Baskin
Mladen Milovic
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012

AND

CHESNOFF & SCHONFELD
Richard A. Schonfeld
520 South Fourth Street
Las Vegas, Nevada 89101

PUGLISI LAW
Sabrina Vora-Puglisi
40 N.W. 3rd Street, Ph1
Miami, Florida 33128

*Attorneys for Defendant John Michael Caruso*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Andrew C. Stone
James Richard Knapp
U.S. Attorney's Office
40 N. Central Ave., Suite 1800
Phoenix, AZ  85004
*Attorneys for Plaintiff*

Richard A. Schonfeld
Chesnoff & Schonfeld
520 S. 4th St., 2nd Floor
Las Vegas, NV  89101

Sabrina Vora-Puglisi
40 N.W. 3rd Street, Ph1
Miami, FL  33128

*Attorneys for Defendant John Michael Caruso*


 /s/ Cristina McDonald

# EXHIBIT 1

| | |
|---|---|
| **From:** | Alexander, Nathan (USMS) <REDACTED> |
| **Sent:** | Monday, May 04, 2020 1:04 PM |
| **To:** | Alan Baskin |
| **Cc:** | Mladen Milovic; Felton, Jeremy (USMS); Velazquez, Efrain (USMS); Leon, Sergio (USMS); Lyles, LaKesha (USMS); Gloeckner, Michael (USMS) |
| **Subject:** | Re: John Michael Caruso/32704508/2:20-mj-08034-JZB/FCI Florence |

Correct, that pod is now also under quarantine. To my knowledge his test has not come back yet.

Nathan E. Alexander
Detention Management Inspector
U.S. Marshals Service
District of Arizona-Tucson
(520) REDACTED (cell)

> On May 4, 2020, at 1:01 PM, Alan Baskin <alan@baskinrichards.com> wrote:
>
> More specifically, our understanding is that the inmate was in Mr. Caruso's cell, MB 205, and that the entire pod has now been quarantined.
>
> **From:** Mladen Milovic <mmilovic@baskinrichards.com>
> **Sent:** Monday, May 4, 2020 12:53 PM
> **To:** Alexander, Nathan (USMS) <REDACTED>; Alan Baskin <alan@baskinrichards.com>
> **Cc:** Felton, Jeremy (USMS) <REDACTED>; Velazquez, Efrain (USMS) <REDACTED>; Leon, Sergio (USMS) <REDACTED>; Lyles, LaKesha (USMS) <REDACTED>; Gloeckner, Michael (USMS) <REDACTED>
> **Subject:** RE: John Michael Caruso/32704508/2:20-mj-08034-JZB/FCI Florence
>
> Good afternoon Mr. Alexander,
>
> We have heard that an inmate in Mr. Caruso's pod, M-Pod, was exhibiting symptoms similar to those of COVID-19, was subsequently escorted out of the pod, and that Mr. Caruso's pod is now under quarantine. Can you please confirm whether this is accurate, and if so, whether the inmate who was exhibiting symptoms has tested positive for COVID-19?
>
> Thank you,
>
> Mladen Milovic

1