IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00165-001-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| John Michael Caruso, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Criminal Procedure 16(d)(1) and 26 U.S.C. § 6103(i)(4)(A), the United States' motion, no objection from the defendants, and good cause appearing,

IT IS HEREBY ORDERED that the United States' Motion for Limited Disclosure of Tax Information and Motion for Protective Order is GRANTED.

IT IS FURTHER ORDERED that the United States may disclose to defense counsel and the defendants return and return information obtained pursuant to 26 U.S.C. § 6103(i), in accordance with its discovery obligations. For purposes of this Order, "return" and "return information" shall be defined as set forth in 26 U.S.C. § 6103(b).

IT IS FURTHER ORDERED that:

1. The United States may disclose to defense counsel, without redaction, the private information and personally identifying information (collectively "PII") to the extent that PII is present in discoverable materials. PII includes, but is not limited to, addresses, telephone numbers, dates of birth, social security numbers, and financial information. The

United States may also disclose return and return information (collectively "tax information") pursuant to its discovery obligations.

2. Defense counsel may share materials containing tax information and PII with members of the defense team, including experts, investigators, and other professionals retained by defense counsel or the defendants to assist in the preparation of the defense.

3. The defense team shall safeguard and shall not disclose the tax information and PII provided to them, other than to the extent necessary to prepare the defense.

4. Defense counsel may review materials containing tax information and PII with the defendants and potential witnesses to the extent necessary to prepare the defense.

5. The defendants and potential witnesses shall not be allowed to retain any materials containing tax information and PII during the course of the litigation unless defense counsel ensures that all tax information and PII has been redacted from the copies to be retained.

6. The defense team shall destroy, at the conclusion of this matter, all tax information and PII in its possession, except that defense counsel shall be allowed to retain materials containing tax information and PII until the time expires for all appeals, collateral attacks, other writs or motions challenging the conviction or sentence, and actions for professional malpractice.

IT IS FURTHER ORDERED that excludable delay under 18 U.S.C. § 3161(h) _____ will commence on _____ for a total of _____days.

Dated this 8th day of July, 2020.

_____
Honorable John J. Tuchi
United States District Judge