IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                   Plaintiff,<br><br>   vs.<br><br>John Michael Caruso Jr., *et al.*,<br><br>                  Defendants. | No. CR-20-00165-PHX-JJT<br><br>**SCHEDULING ORDER** |

IT IS ORDERED setting the following schedule of deadlines for discovery, notices, motions, hearings and trial:

**Discovery and Disclosure Deadlines:**

    a.    Government's Compliance with Rule 16 discovery:[1]    October 23, 2020

    b.    Government's Rule 404(b) notification:    October 23, 2020

    c.    Government's initial expert disclosures:    October 23, 2020

    d.    Defendant's rebuttal/initial expert disclosures:    December 18, 2020

    e.    Defendant's disclosure of reciprocal Rule 16 discovery:

                December 18, 2020

    f.    Defendant's Rule 404(b) notification:    December 18, 2020

    g.    Government's rebuttal expert disclosures:    January 22, 2021

---

[1] This deadline pertains to discovery within the parties' possession and control as of the date set for compliance. If either party subsequently discovers or receives additional material, it shall be promptly disclosed as soon as practicable in accordance with Rule 16(c).

| | | | |
|---|---|---|---|
| h. | Government's disclosure of preliminary witness list, exhibit list, and draft summary exhibits:[2] | | March 26, 2021 |
| i. | Defendant's disclosure of preliminary witness list, exhibit list, and draft summary exhibits: | | April 9, 2021 |
| j. | Government's Production of *Jencks*/Rule 26.2 material:[3] | | May 7, 2021 |
| k. | Defendant's production of Rule 26.2 material: | | May 7, 2021 |

**Pretrial Motions:**

| | | | |
|---|---|---|---|
| a. | Motion deadline | | January 8, 2021 |
| b. | Response deadline | | January 29, 2021 |
| c. | Reply deadline | | February 12, 2021 |

**Status Conference:**                                                                  February 24, 2021

**Joint Statement of the Case, Joint Proposed Jury Instructions, and Joint Proposed Verdict Form:**                                       April 23, 2021

**Motions In Limine:**

| | | | |
|---|---|---|---|
| a. | Motion deadline | | April 2, 2021 |
| b. | Response deadline | | April 16, 2021 |

…
…
…
…
…
…

---

[2]  The parties will submit preliminary drafts in good faith, with the understanding that modest changes are likely to follow as a result of additional trial preparation. The goal is to provide early notice for the parties to prepare efficiently for trial.

[3]  If either party obtains additional *Jencks*/Rule 26.2 material after the listed deadlines, such material shall be produced as soon as practicable.

| | | |
|---|---|---|
| **Final Pretrial Conference:** | | TBD |
| **Jury Trial:** | Tentatively set for: | June 8, 2021 |

Dated this 7th day of August, 2020.

_____
Honorable John J. Tuchi
United States District Judge