# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00165-001-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| John Michael Caruso, | |
| Defendant. | |

The Court having reviewed the Second Motion to Reopen Detention Hearing (Doc. 110), and a Response having been filed (Doc. 116),

IT IS ORDERED setting this matter for Oral Argument on Defendant's Second Motion to Reopen Detention Hearing for February 2, 2021 at 3:00 p.m. before Magistrate Judge Michelle H. Burns, in courtroom 303.

IT IS FURTHER ORDERED that no Replies are permitted to be filed in this matter.

Dated this 26th day of January, 2021.

Honorable Michelle H. Burns
United States Magistrate Judge