**PUGLISI LAW**
SABRINA VORA-PUGLISI
Fla. Bar No. 0324360
1900 N. Bayshore Drive
Suite 1A
Miami, FL 33132
Tel: (305) 403-8063
Email: sabrina@puglisilaw.com
Attorney for John Michael Caruso

**LAW OFFICES OF DOUG PASSON, PC**
DOUG PASSON
State Bar No. 017423
P.O. Box 4425
Scottsdale, Arizona 85258
Telephone No. 480-448-0086
doug@dougpassonlaw.com
*Attorneys for Defendant John Caruso, Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America, | Case No.: CR-20-00165-PHX-JJT |
| Plaintiff, | |
| vs. | MOTION TO EXTEND TIME TO FILE PRE-TRIAL MOTIONS |
| John Michael Caruso, et al., | (SECOND REQUEST) |
| Defendant | |

John Caruso, through undersigned counsel, respectfully requests that this Court extend the time for filing pre-trial motions by sixty (60) days from February 12, 2021. This motion is made because Counsel requires additional time for pre-trial investigation, record review, motion research and trial preparation. As previously explained to the Court, in its first request for extension of time, based upon preliminary investigation, the defense intends to file a Motion to Dismiss Indictment.

Counsel continues to make all efforts towards obtaining the necessary evidence for the filing of such motions, but needs additional time.

In addition, Mr. Caruso recently added undersigned counsel (Douglas Passon) to his legal team, and Mr. Passon requires additional time to review discovery and get up to speed on the case. Finally, COVID-19 has slowed counsel's ability to meet and review the case with the client, conduct meaningful on-site investigation and otherwise prepare his defense.

The defense understands that by requesting such an extension for pre-trial motions, a continuance of the trial may be necessary. The defendant does not object to continuing the trial as needed.

The defense consulted with counsel for the government, Andrew Stone, who indicates the government has no objection to the requested extension and continuance. Counsel has likewise consulted with counsel for co-defendant, Zachary Salter, who has advised that he would join in such a request.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted: February 12, 2021.

    SABRINA PUGLISI
    Puglisi Law

    /s/ Sabrina Puglisi

    DOUGLAS A. PASSON
    Law Offices of Doug Passon, PC

    s/ Douglas A. Passon
    DOUGLAS A. PASSON

    Attorneys for the Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2021, undersigned filed this motion using the CM/ECF system, which will send notice of filing to Assistant United States Attorneys Andrew C. Stone, James Richard Knapp and all other counsel of record.

    /s/ Sabrina Puglisi
Sabrina Vora-Puglisi, Esq.