**PUGLISI LAW**
SABRINA VORA-PUGLISI
Fla. Bar No. 0324360
1900 N. Bayshore Drive
Suite 1A
Miami, FL 33132
Tel: (305) 403-8063
Email: sabrina@puglisilaw.com
Attorney for John Michael Caruso

**LAW OFFICES OF DOUG PASSON, PC**
DOUG PASSON
State Bar No. 017423
P.O. Box 4425
Scottsdale, Arizona 85258
Telephone No. 480-448-0086
doug@dougpassonlaw.com
*Attorneys for Defendant John Caruso, Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America, | Case No.: CR-20-00165-PHX-JJT |
| Plaintiff, | |
| vs. | MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO ORDER DENYING MOTION TO REOPEN DETENTION HEARING |
| John Michael Caruso, et al., | |
| Defendant | |

John Caruso, through undersigned counsel, respectfully requests that this Court extend the time to file objections to the Order denying the Defense's Motion to Reopen Detention Hearing to this Friday, February 19, 2021. In support the defendant states as follows:

1. A Motion to Reopen hearing was filed on January 11, 2021 [DE 110]; and a hearing was held, on that Motion, February 2, 2021. At that hearing, Magistrate Judge Burns

made an oral pronouncement denying Mr. Caruso's Motion to Reopen. Thereafter, a Minute Order was entered into the docket on February 5, 2021, reflecting the oral pronouncement of the denial and the reasons for the denial. [DE 122].

2. Federal Rule of Criminal Procedure 59(a) states, on a non-dispositive matter, "the magistrate judge must promptly conduct the required proceedings and, when appropriate, enter on the record an oral or written order stating the determination. A party may serve and file objections to the order within 14 days after being served with a copy of a written order or after the oral order is stated on the record, or at some other time the court sets."

3. The defense ordered the transcript of the proceeding and the transcript was received on Thursday, February 11, 2021.

4. Counsel requires additional time to review the transcript and prepare objections to the Magistrate Judge's Order.

5. Counsel has consulted with AUSA Andrew Stone, who has advised he has no objection to the extension of time to Friday, February 19, 2021.

WHEREFORE, the defendant respectfully requests that this Court enter an order granting his request for an extension of time to file objections to the order denying defendant's motion to reopen detention hearing until Friday, February 19, 2021, fourteen days after the entry of the Minute Order.

Respectfully submitted: February 16, 2021.

                SABRINA PUGLISI

                Puglisi Law

                /s/ Sabrina Puglisi
                SABRINA PUGLISI

DOUGLAS A. PASSON
Law Offices of Doug Passon, PC

 s/ Douglas A. Passon
DOUGLAS A. PASSON

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2021, undersigned filed this motion using the CM/ECF system, which will send notice of filing to Assistant United States Attorneys Andrew C. Stone, James Richard Knapp and all other counsel of record.

  /s/ Sabrina Puglisi
Sabrina Vora-Puglisi, Esq.