MICHAEL BAILEY
United States Attorney
District of Arizona
ANDREW C. STONE
Assistant United States Attorney
Arizona State Bar No. 026543
JAMES R. KNAPP
Assistant U.S. Attorney
Arizona State Bar No. 021166
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: andrew.stone@usdoj.gov
Email: james.knapp2@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> John Michael Caruso, *et al.*, <br><br> Defendants. | No. CR-20-00165-PHX-JJT <br><br> **GOVERNMENT'S REBUTTAL EXPERT DISCLOSURE** |

Pursuant to Fed. R. Crim. P. 16(a)(1)(G), the United States submits this notice of intent to present expert witness testimony at trial pursuant to Fed. R. Evid. 702, 703, and 705, supplementing its earlier notice (ECF No. 93).[1]

### I.     Don Ellsworth, IRS-CI Special Agent

The United States intends to present testimony at trial relating to bitcoin and other

---

[1] The United States also intends to introduce trial exhibits relating to digital evidence and will offer testimony to confirm the authenticity of the evidence. The United States may also offer testimony about the computer forensic process used, such as the software or hardware used to image and analyze the seized devices. Such testimony shouldn't implicate Fed. R. Evid. 702. *See United States v. Ovies*, 783 Fed. App'x 704, 707 (9th Cir. 2019) (holding that agent's testimony "about the steps he took using the Cellebrite program" to extract data from a cell phone did not qualify as expert testimony); *United States v. Berry*, 318 Fed. App'x 569, 569 (9th Cir. 2009) (same, where agent "simply testified to what he found on the hard drive of [defendant's] computer, without expressing an opinion that required specialized knowledge or offering insight beyond common understanding").

cryptocurrencies. The testimony may include general background information on cryptocurrencies—for example, how cryptocurrency transactions work, how transactions are recorded and preserved on the blockchain, blockchain explorer tools like walletexplorer.com and etherscan.io, common types of wallet software, and the difference between a "hot wallet" and "cold storage." In addition, the testimony may cover the specific practices and general regulation of commercial cryptocurrency exchanges relevant to this case (including Binance, Coinbase, and BitMEX), such as account registration requirements, how cryptocurrencies are converted to fiat currency, and how to identify the purchase of cryptocurrency in bank account records.[2]

The United States' expert witness will also opine that the defense expert's "correlational analysis" methodology is flawed. For example, the defense expert claims that the addresses labeled "CARB2" and "CARE2" in his report are "Caruso's main trading wallet[s]" based on his correlational analysis. It is common and public knowledge, however, that the addresses labeled CARB2 and CARE2 are "hot wallets" controlled by the cryptocurrency exchange Binance. *See* https://www.walletexplorer.com/wallet/Binance.com?from_address=1NDyJtNTjmwk5xPNhjgAMu4HDHigtobu1s (CARB2); https://etherscan.io/address/0x3f5ce5fbfe3e9af3971dd833d26ba9b5c936f0be (CARE2). The United States' expert witness will explain how, when an individual receives cryptocurrency at a commercial exchange like Binance, the exchange credits the individual's account but often conducts a "sweep transaction" to move the funds to another address. The sweep transaction accounts for the high correlation, but the correlation itself does not indicate ownership or control of other addresses.

At this time, the United States anticipates that Special Agent Ellsworth will testify to these matters at trial. Special Agent Ellsworth is an investigator with the IRS-CI cyber

---

[2] The government anticipates that its previously disclosed financial summary witness, Scott Holt, will trace any cryptocurrency funds provided by victim-investors to Defendants. In addition to tracing these cryptocurrency funds, Mr. Holt will provide a summary for how Defendants disposed of these assets.

crimes unit, and a copy of his resume has been provided to Defendants. Special Agent Ellsworth's testimony and opinions will be based on his training and experience.

Respectfully submitted this 25th day of February 2021.

                              MICHAEL BAILEY
                              United States Attorney
                              District of Arizona

                              *s/ James R. Knapp*
                              ANDREW C. STONE
                              JAMES R. KNAPP
                              Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the applicable CM/ECF registrants.

*s/ James R. Knapp*
U.S. Attorney's Office