MICHAEL BAILEY
United States Attorney
District of Arizona
ANDREW C. STONE
Assistant United States Attorney
Arizona State Bar No. 026543
JAMES R. KNAPP
Assistant U.S. Attorney
Arizona State Bar No. 021166
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: andrew.stone@usdoj.gov
Email: james.knapp2@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00165-PHX-JJT |
| Plaintiff, | **NOTICE OF PROPOSED JOINT AMENDED SCHEDULING ORDER** |
| vs. | |
| John Michael Caruso, *et al.*, | |
| Defendants. | |

In accordance with the Court's recent Order (Doc. 132), the parties submit this proposed joint amended scheduling order. The parties have conferred and request that the Court adopt the attached amended scheduling order for the trial of this matter. As indicated during the hearing, the parties believe the trial will last four weeks, which breaks down as

//

//

//

//

//

two weeks for the government and one week for each Defendant.

Respectfully submitted this 25th day of February, 2021.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Andrew C. Stone*
ANDREW C. STONE
JAMES R. KNAPP
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the applicable CM/ECF registrants.

*s/ Gaynell Smith*
U.S. Attorney's Office