IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>John Michael Caruso Jr., *et al.,*<br><br>            Defendants. | No. CR-20-0165-PHX-JJT<br><br>**AMENDED SCHEDULING ORDER** |

IT IS ORDERED setting the following schedule of deadlines for discovery, notices, motions, hearings and trial:

**Discovery and Disclosure Deadlines:**

    a.    Government's disclosure of preliminary witness list, exhibit list, and draft summary exhibits:[1]    November 1, 2021

    b.    Defendant's disclosure of preliminary witness list, exhibit list, and draft summary exhibits:    November 15, 2021

    c.    Government's Production of *Jencks*/Rule 26.2 material:[2]

                December 13, 2021

---

[1] The parties will submit preliminary drafts in good faith, with the understanding that modest changes are likely to follow as a result of additional trial preparation. The goal is to provide early notice for the parties to prepare efficiently for trial.

[2] If either party obtains additional *Jencks*/Rule 26.2 material after the listed deadlines, such material shall be produced as soon as practicable.

| | | | |
|---|---|---|---|
| 1 | d. | Defendant's production of Rule 26.2 material: | December 13, 2021 |
| 2 | **Pretrial Motions:** | | |
| 3 | a. | Motion deadline | September 3, 2021 |
| 4 | b. | Response deadline | September 24, 2021 |
| 5 | c. | Reply deadline | October 8, 2021 |
| 6 | **Status Conference:** | | October 20, 2021 |
| 7-8 | **Joint Statement of the Case, Joint Proposed Jury Instructions, and Joint Proposed Verdict Form:** | | December 3, 2021 |
| 9 | **Motions In Limine:** | | |
| 10 | a. | Motion deadline | November 5, 2021 |
| 11 | b. | Response deadline | November 19, 2021 |
| 12 | **Final Pretrial Conference:** | | TBD |
| 13-14 | **Trial:** | | January 11, 2022- February 4, 2022 |

Excludable delay under 18 U.S.C. § 3161(h) _____ is found to commence on _____ for a total of _____ days.