IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>John Michael Caruso Jr., *et al.,*<br><br>　　　　　　　Defendants. | No. CR-20-00165-PHX-JJT<br><br>**AMENDED SCHEDULING ORDER** |

**IT IS ORDERED** setting the following schedule of deadlines for discovery, notices, motions, hearings and trial:

**Discovery and Disclosure Deadlines:**

 a. Government's disclosure of preliminary witness list, exhibit list, and draft summary exhibits:[1]   November 1, 2021

 b. Defendant's disclosure of preliminary witness list, exhibit list, and draft summary exhibits:   November 15, 2021

 c. Government's Production of *Jencks*/Rule 26.2 material:[2]

   December 13, 2021

---

[1] The parties will submit preliminary drafts in good faith, with the understanding that modest changes are likely to follow as a result of additional trial preparation. The goal is to provide early notice for the parties to prepare efficiently for trial.

[2] If either party obtains additional *Jencks*/Rule 26.2 material after the listed deadlines, such material shall be produced as soon as practicable.

|   |   |   |   |
|---|---|---|---|
| | d. | Defendant's production of Rule 26.2 material: | December 13, 2021 |

**Pretrial Motions:**

| | | | |
|---|---|---|---|
| | a. | Motion deadline | September 3, 2021 |
| | b. | Response deadline | September 24, 2021 |
| | c. | Reply deadline | October 8, 2021 |

**Telephonic Status Conference:**     October 4, 2021 at 9:00 a.m.

**Joint Statement of the Case, Joint Proposed Jury Instructions, and Joint Proposed Verdict Form:**     December 3, 2021

**Motions In Limine:**

| | | | |
|---|---|---|---|
| | a. | Motion deadline | November 5, 2021 |
| | b. | Response deadline | November 19, 2021 |

**Final Pretrial Conference:**     January 7, 2022 at 9:00 a.m.

**Trial:**     February 1, 2022

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B) will commence from June 9, 2021 to February 1, 2022.

Dated this 26th day of March, 2021.

Honorable John J. Tuchi
United States District Judge