**PUGLISI LAW**
SABRINA VORA-PUGLISI
Florida Bar No. 0324360
1900 N. Bayshore Drive, Suite 1A
Miami, Florida 33132
Tel. (305) 403-8063
sabrina@puglisilaw.com

**LAW OFFICES OF DOUG PASSON, PC**
DOUG PASSON
State Bar No. 017423
P.O. Box 4425
Scottsdale, Arizona 85258
Telephone No. 480-448-0086
doug@dougpassonlaw.com
*Attorneys for Defendant John Caruso, Jr.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>John Michael Caruso,<br><br>Defendant. | Case No. CR-20-00165-JJT<br><br>**NOTICE OF FILING SUPPLEMENT TO DEFENDANT'S OBJECTION TO ORDER DENYING DEFENDANT'S SECOND MOTION TO REOPEN DETENTION HEARING** |

The Defendant, John Michael Caruso, files this Notice of Filing Supplement to Defendant's Second Motion to Reopen Detention Hearing [DE 133].

As of today, Core Civic, after receiving confirmatory results for COVID-19, has placed

1

Mr. Caruos's unit under quarantine. It is unknown, at this time, how long the quarantine will last and whether it will be extended. Generally, the unit will be placed on a twenty-one-day quarantine. However, in the past, that date has usually been in extended. While positive COVID-19 results appear to be lessening around the United States, the rate of positive results has remained in the jails. The information provided by Core Civic is that there are no plans for inmates to receive vaccinations at that facility for the time being. Additional information received is that this quarantine would not count towards a fourteen-day solitary confinement required if Mr. Caruso were to be transported to the Courthouse. This new information would, obviously, affect Mr. Caruso's ability to prepare for trial.

RESPECTFULLY SUBMITTED this 29th day of March, 2021.

Respectfully submitted,

/s/ Sabrina Puglisi
Sabrina Puglisi

/s/ Doug Passon
Doug Passon

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2021, undersigned filed this motion using the CM/ECF system, which will send notice of filing to counsel or record.

/s/ Sabrina Puglisi
Sabrina Vora-Puglisi, Esq.