# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>John Michael Caruso, et al.,<br><br>　　　　　Defendants. | No. CR-20-00165-01-PHX-JJT<br><br>**ORDER** |

Upon Defendant's Motion to Clarify Order to Transport Defendant (Doc. 148) and good cause appearing;

**IT IS ORDERED** granting Defendant's Motion to Clarify Order to Transport Defendant (Doc. 148).

**IT IS FURTHER ORDERED** granting Defendant temporary release, during the business day, to the United States Marshal Service on July 6, July 20, August 3 and August 4, 2021. This Order shall constitute a transportation Order for each of the dates listed.

**IT IS FURTHER ORDERED** that all other requirements as stated in the Order, dated May 6, 2021 filed at Doc. 147, shall remain in effect.

Dated this 26th day of May, 2021.

Honorable John J. Tuchi
United States District Judge

(cc: to USMS by CD)