DOUGLAS A. PASSON, #017423
Law Offices of Doug Passon, PC
PO Box 4425
Scottsdale, AZ  85261
Telephone:  480.448.0086
Attorney for Defendant
doug@dougpassonlaw.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| UNITED STATES, | CR-20-00165-PHX-JJT |
|---|---|
| Plaintiff, | **EX PARTE MOTION TO COMPEL CADC TO GRANT ACCESS TO APPROPRIATE PRESCRIPTION MEDICAL DEVICE (CONTACT LENSES)** |
| vs. | |
| JOHN MICHAEL CARUSO, | |
| Defendant | |

John Caruso, through undersigned counsel requests that this Court enter an order requiring CADC, Corecivic to allow Mr. Caruso to access and use his contact lenses.  This motion is supported by, among other things, Mr. Caruso's right to Due Process to prepare his defense and be provided appropriate medical care while in the custody of the United States Government.   This motion is made for the following reasons:

1)  Mr. Caruso is charged with non-violent economic offenses for which he has consistently maintained his innocence.  He has been detained for over a year and a half during a pandemic with limited access to counsel and other services due in large part to the pandemic.

2) John Caruso requires contact lenses.  The lenses are not merely for convenience or cosmetics.  Regular glasses do not correct his vision in the way that his prescription contact lenses do. *Exhibit A, Letter to Warden with*

*Attachments from Ophthalmologist.* Moreover, glasses subject Mr. Caruso to excruciating migraine headaches, for which he regularly complains to CADC Medical. These issues are well-documented by Mr. Caruso's treating ophthalmologist, who does not dispute the claim that Mr. Caruso is "completely incapacitated and hindered" with his current glasses. *Exhibit A.*

3) While Mr. Caruso's treating doctor's assessment may be limited due to lack of access to his patient, the facility offers no contrary medical opinion or any other legitimate reason that would lend support to its denial of appropriate medical care. CADC allows contact lenses when medically necessary – in other words, there is no blanket prohibition against contacts. It appears, however, that their failure to allow contact lenses, at least in this instance, is arbitrary and capricious, ignoring both medical and constitutional necessities.

4) John Caruso's case, like any white-collar case, is document heavy. Discovery in this case exceeds 5000 pages. John Caruso is a sophisticated investor, an avid reader, and deeply involved in the participation and preparation of his own defense. All of these activities obviously create a necessity for clear vision and clear thinking, free of constant and often debilitating headaches.

5) Mr. Caruso, both on his own and through counsel, has repeatedly requested action from CADC authorities and the U.S. Marshals, to no avail. Most recently, undersigned counsel sent a letter directly to the Warden of CADC (Brian Koehn) with the appropriate medical documentation. This letter was sent on or about May 18, 2021. *Exhibit A.* Over a month has passed and counsel has yet to receive any response from Warden.

6) This Court recently acknowledged Mr. Caruso's right to prepare a defense, in the context of a motion for temporary release to access electronic devices and internet to begin to make his investors whole and prepare his defense. *Dkt. 147*. Given that Mr. Caruso will now be spending several days in front of computer and phone devices preparing his defense, his need for proper vision and attention that only his prescription contacts can provide is even more crucial.

7) The facility's lack of action on this issue is not founded in any rational or legitimate reason, it is causing him daily migraine headaches, and most importantly, it is yet one more unnecessary obstacle hindering his ability to fully assist counsel in the preparation of his defense.

Thus, for the reasons stated above, counsel requests that this court enter an order allowing Mr. Caruso's access to his contacts, and to allow counsel to deliver a sealed prescription pair of lenses to him at the earliest possible opportunity, which would likely be the upcoming first defense preparation meeting ordered by the court to occur on July 6, 2021, at the US Courthouse.

Respectfully submitted:  June 30, 2021.

DOUGLAS A. PASSON
Law Offices of Doug Passon

 *s/ Douglas A. Passon*
DOUGLAS A. PASSON
Attorney for John Caruso

Copy of the foregoing transmitted

3

by ECF for filing June 30, 2021, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Copy mailed to:

JOHN CARUSO
Defendant