**PUGLISI LAW**
SABRINA VORA-PUGLISI
Florida Bar No. 0324360
1900 N. Bayshore Drive, Suite 1A
Miami, Florida 33132
Tel. (305) 403-8063
sabrina@puglisilaw.com

**LAW OFFICES OF DOUG PASSON, PC**
DOUG PASSON
State Bar No. 017423
P.O. Box 4425
Scottsdale, Arizona 85258
Telephone No. 480-448-0086
doug@dougpassonlaw.com
*Attorneys for Defendant John Caruso, Jr.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                                        Plaintiff,<br><br>vs.<br><br>John Michael Caruso,<br><br>                                        Defendant. | **Case No.  CR-20-00165-JJT**<br><br>**MOTION FOR CLARIFY ORDER TO TRANSPORT DEFENDANT**<br><br>**(Second Request)** |

The defendant, John Michael Caruso, by and through counsels, file this motion to clarify order to transport defendant and state as follows:

1. This Court entered an order on May 6, 2021 ordering the temporary release of Mr. Caruso to the custody of the United States Marshalls for transport to the United States District Courthouse, with permission to access a computer and internet, with his

1

attorneys, for the purpose of preparing his defense. Dkt. 147.

2. Mr. Caruso was scheduled to be transported on July 6, July 20, August 3 and 4. DE. 149. Unfortunately, Mr. Caruso's unit has been under quarantine due to a positive COVID result and his transport of July 20th had to be cancelled. The United States Marshalls were made aware of the circumstances.

3. It appears that the quarantine will be lifted shortly. Counsel is requesting that the United States Marshalls transport Mr. Caruso on August 10, 23 and 24.

WHEREFORE, the defendant respectfully requests that this Court grant this Motion to Transport and order the United States Marshall's to transport Mr. Caruso on August 10, August 23 and August 24, 2021, with all other conditions entered in the transport order entered on May 6, 2021 (Dkt. 147) to remain in effect.

RESPECTFULLY SUBMITTED this 29th day of July, 2021.

                                        Respectfully submitted,

                                        /s/ Sabrina Puglisi
                                        Sabrina Puglisi

                                        /s/ Doug Passon
                                        Doug Passon

I hereby certify that on July 29, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, as well as by email to:

                                        *s/ Sabrina Puglisi*
                                        SABRINA PUGLISI