IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>John Michael Caruso Jr., *et al.*,<br><br>　　　　　　　Defendants. | No. CR-20-00165-PHX-JJT<br><br>**AMENDED SCHEDULING ORDER** |

**IT IS ORDERED** granting Defendant's Motion to Extend Time to File Pretrial Motions and Continue Trial (Doc. 176).

**IT IS FURTHER ORDERED** setting the following schedule of deadlines for discovery, notices, motions, hearings and trial:

**Discovery and Disclosure Deadlines:**

    a.    Government's disclosure of preliminary witness list, exhibit list, and draft summary exhibits:[1]　　　　　　　　　　　　　　　　　February 7, 2022

    b.    Defendant's disclosure of preliminary witness list, exhibit list, and draft summary exhibits:　　　　　　　　　　　　　　　　　February 21, 2022

    c.    Government's Production of *Jencks*/Rule 26.2 material:[2]

---

[1] The parties will submit preliminary drafts in good faith, with the understanding that modest changes are likely to follow as a result of additional trial preparation. The goal is to provide early notice for the parties to prepare efficiently for trial.

[2] If either party obtains additional *Jencks*/Rule 26.2 material after the listed deadlines, such material shall be produced as soon as practicable.

|  |  |  |
|---|---|---|
|  |  | March 21, 2022 |
| d. | Defendant's production of Rule 26.2 material: | March 21, 2022 |

**Pretrial Motions:**

|  |  |  |
|---|---|---|
| a. | Motion deadline | January 17, 2022 |
| b. | Response deadline | February 7, 2022 |
| c. | Reply deadline | February 21, 2022 |

**Brief Telephonic Status Conference (Counsel ONLY):** February 17, 2022 at 9:00am

**Joint Statement of Proposed *Voir Dire* Questions:** January 14, 2022

**Joint Statement of the Case, Joint Proposed Jury Instructions, and Joint Proposed Verdict Form:** March 21, 2022

**Motions *In Limine*:**

|  |  |  |
|---|---|---|
| a. | Motion deadline | February 11, 2022 |
| b. | Response deadline | February 25, 2022 |

**Final Pretrial Conference:** April 11, 2022 at 1:00 pm

**Trial:** May 16, 2022

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. §3161 (h)(7)(A) and (B) will commence from February 2, 2022 to May 16, 2022.

Dated this 27th day of October, 2021.

Honorable John J. Tuchi
United States District Judge