IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-20-00165-01-PHX-JJT |
|---|---|
| Plaintiff(s), | |
| vs. | ORDER |
| John Michael Caruso, | |
| Defendant(s). | |

Upon Defendant's Motion Substitution of Counsel With Consent (Doc. 185);

**IT IS HEREBY ORDERED** granting Defendant's Motion Substitution of Counsel With Consent (Doc. 185).

**IT IS FURTHER ORDERED** withdrawing retained attorneys Douglas Passon and Sabrina Vogel-Puglisi as counsel of record in the above-entitled action.

**IT IS FURTHER ORDERED** substituting retained attorney Robert J. McWhirter, as counsel of record for Defendant in the above-entitled action, effective immediately.

**IT IS FURTHER ORDERED** re-affirming the jury trial set for 5/16/2022 at 9:00 a.m.

Dated this 7th day of February, 2022.

Honorable John J. Tuchi
United States District Judge