GARY M. RESTAINO
United States Attorney
District of Arizona
ANDREW C. STONE
Assistant United States Attorney
Arizona State Bar No. 026543
JAMES R. KNAPP
Assistant U.S. Attorney
Arizona State Bar No. 021166
RAYMOND K. WOO
Assistant U.S. Attorney
Arizona State Bar No. 023050
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: andrew.stone@usdoj.gov
Email: james.knapp2@usdoj.gov
Email: raymond.woo@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>John Michael Caruso, et al.,<br><br>　　　　Defendant. | CR-20-00165-PHX-JJT<br><br>**NOTICE RE GOVERNMENT'S DISCLOSURE OF PRELIMINARY WITNESS LIST, EXHIBIT LIST, AND DRAFT SUMMARY EXHIBITS** |

In accordance with the Court's Order on January 13, 2022 (Doc. 183), the United States provides notice that it has disclosed to Defendants' counsel, its preliminary witness list, exhibit list, and draft summary exhibits.

Respectfully submitted this 21st day of March, 2022.

　　　　　　　　　　　　　　　　GARY M. RESTAINO
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　District of Arizona


　　　　　　　　　　　　　　　　 *s/Andrew C. Stone*
　　　　　　　　　　　　　　　　ANDREW C. STONE
　　　　　　　　　　　　　　　　JAMES R. KNAPP
　　　　　　　　　　　　　　　　RAYMOND K. WOO
　　　　　　　　　　　　　　　　Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

David Eisenberg
Robert McWhirter

 *s/ Andrew C. Stone*
U.S. Attorney's Office