# Attachment A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>John Michael Caruso Jr., *et al.*,<br><br>   Defendants. | No. CR-20-0165-PHX-JJT<br><br>**AMENDED JOINT PROPOSED SCHEDULING ORDER** |

**IT IS ORDERED** setting the following schedule of deadlines for discovery, notices, motions, hearings and trial:

**Discovery and Disclosure Deadlines:**[1]

 a. Defendants' disclosure of preliminary witness list, exhibit list, and draft summary exhibits:  July 15, 2022

 b. Government's Production of *Jencks*/Rule 26.2 material:[2]

     July 15, 2022

 c. Defendants' production of Rule 26.2 material:  July 15, 2022

---

[1] The United States previously disclosed its preliminary witness list, exhibit list, and draft summary exhibits. The United States will disclose any updates or supplements it may have to either the witness or exhibit lists or summary exhibits. Defendant Zachary Salter also previously disclosed his preliminary witness and exhibit lists and will disclose any updates he may have to those lists.

[2] If either party obtains additional *Jencks*/Rule 26.2 material after the listed deadlines, such material shall be produced as soon as practicable.

**Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed *Voir Dire* Questions, Optional Trial Briefs, Joint Proposed Pre-Trial Order and Joint Proposed Verdict Form:**                                        July 15, 2022

**Pretrial Motions (including Motions *In Limine*):**

    a.    Motion deadline                                        July 8, 2022

    b.    Response deadline                                        July 22, 2022

    c.    Reply deadline                                        July 29, 2022

**Final Pretrial Conference:**                                        TBD

**Trial:**                                        September 26, 2022

    Excludable delay under 18 U.S.C. § 3161(h) _____ is found to commence on _____ for a total of _____ days.