GARY M. RESTAINO
United States Attorney
District of Arizona

MARK J. WENKER
Arizona State Bar Number 018187
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
mark.wenker@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>        v.<br>John Michael Caruso, *et al.*,<br><br>                Defendants. | CR 20-00165-PHX-JJT<br><br>**Government's Second Bill of Particulars Regarding Forfeiture** |

The United States of America gives this Notice to identify and include certain property the government seeks to forfeit and add to the forfeiture allegations contained in the Indictment (Doc. 30) and Government's First Bill of Particulars Regarding Forfeiture (Doc. 92). The government intends to forfeit:

1. JP Morgan Chase Bank Cashier's Check No. 9492623644 in the amount of $10,000.00 seized from account #115784462 seized on March 15, 2022;

2. $12,518.27 in United States currency seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

3. $900.00 in United States currency seized on January 30, 2022 from 7017 N Invergordon Rd, Paradise Valley AZ 85253;

4. Nineth-Six (96) pairs of women's designer shoes seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

5. Thirty (30) items of women's designer clothing seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

6. Forty-three (43) designer purses seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

7. Seventy-Nine (79) items of men's designer shoes seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

8. Twenty-six (26) men's designer clothing items seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

9. Seventy-two (72) accessories, including belts, sunglasses and miscellaneous assorted items seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

10. Five (5) pieces of art seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

11. Three (3) electronic devices seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

12. Five (5) pieces of luxury luggage seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255; and,

13. Two (2) pieces of luxury luggage seized on January 30, 2020 from 7017 E. Invergordon Rd., Paradise Valley AZ 85253;

14. Painting – Biblical scene with rustic wooden frame approximately 7' x 4' "Madonna and Child" seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

15. "Bathing of Baby Jesus" painting in gold color frame, approximately 5' x 4' seized on January 30, 2022 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

16. Jewelry/Watch, Rolex Batman Sport Watch – (Purchase Receipt in Box), Serial Number 204RH265 seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

17. Jewelry/Ring, 18KT white gold diamond band – Initial "J", Serial Number: None, set with black diamonds seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

18. Jewelry/Ring, 18KT White Gold Diamond Band – Initial "C" set with black diamonds seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

19. Jewelry/Ring white gold diamond band, Serial Number: 18KT, with round diamonds/with sizer seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

20. Jewelry/Ring Serial Number: 14KT white gold diamond and blue sapphire ring set seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

21. Jewelry/Bracelet Serial Number: 18KT hinged white gold bracelet set with round brilliant cut diamonds seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

22. Jewelry/Watch Breitling GT3 stainless black steel watch, Serial Number: 4312859 seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

23. Jewelry/Watch Breitling stainless steel Navitimer Swiss Air watch, Serial Number: 3288675, black rubber strap seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

24. Jewelry/Watch Audemars Piguet Royal Oak Offshore Team Ilinghi watch, Serial Number: G03960 seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

25. Jaeger-LeCoulter Reverse O Classic R Watch, Serial Number: 3340735, with midnight navy strap seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

26. Audemars Piguet Royal Oak Safari Watch, Serial Number: g66550, with brown band seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

27. Jaeger-LeCoulter Reverse O Dual face travel time stainless steel, Serial Number: 3447540, with black band seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

28. 18KT Rose Gold Rolex Yacht Master Watch, Serial Number: 7427N579, with black rubber strap seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

29. 18KT & Stainless Rolex Datejust 41mm with fluted bezel, Serial Number: 584633J0, black with diamond markers, Jubilee bracelet, MDL 126333, Serial Number 584633J0, with box & warranty card seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

30. 18KT yellow gold inside out diamond hoop earrings set with 30 round brilliant diamonds, G, VS Clarity, Est 4.35 CTTW, 8.4 GRAMS seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

31. Hermes Cape Cod Watch with white band seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

32. 14KT yellow & white gold diamond flexible link ring seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

33. 18KT white gold inside out diamond hoop earrings set seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

34. 18KT yellow & white gold Marco Bicego crossover bracelet with diamonds seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

35. 18KT yellow & white gold diamond dangle earrings seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

36. Ladies 18KT yellow gold diamond wristwatch; diamond dial seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

37. Stainless steel Rolex, Champagne Dial, Gubilee bracelet watch seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

38. 18KT white gold diamond ring set seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

39. Stainless steel Breitling Navitimer Pan American chronograph wristwatch, mdl AB0121 with blue dial with mesh link bracelet with deployant clasp, Serial Number 3291524, with box seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

40. Panerai Luminor Due, stainless steel wristwatch with 42 mm automatic wristwatch with calf leather strap. Number U0784/2000, OP7169PL 0051759 with box & warranty card seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

41. Cartier santos 100 stainless steel automatic diamond wristwatch custom set with round and emerald cut diamonds. Est 10 cttw, F-G, VS clarity, Ref 560493WX, with box & booklet seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

42. Hublot Watch – grey suede band with crystal face (inside wood case)(Hublot box) seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

43. Cartier Men's Calibre Driver's 18KT rose gold black rubber watch, 115951VX / 3729 seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255;

44. Rolex Cosmograph Daytona 116508 WS Men's Watch, in case seized on January 30, 2020 from 7021 N. Ivergordon, Paradise Valley AZ 85253;

45. Rolex Men's Watch Datejust 16200, 36mm gray dial jubilee band, in case seized on January 30, 2020 from 7021 N. Ivergordon, Paradise Valley AZ 85253;

46. Rolex Oyster Perpetual Submariner 18KT yellow gold and stainless steel ceramic men's watch, in case seized on January 30, 2020 from 7021 N. Ivergordon, Paradise Valley AZ 85253; and,

47. Cartier Love Necklace GNK14, with one diamond, gold in color seized on January 30, 2020 from 10355 E. Robs Camp Rd., Scottsdale AZ 85255.

Respectfully submitted this 28th day of April, 2022.

>GARY M. RESTAINO
>United States Attorney
>District of Arizona
>
>*/S/ Mark J. Wenker*
>MARK J. WENKER
>Assistant United States Attorney

## CERTIFICATION

I certify that on April 28, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the applicable CM/ECF registrants.

By: */S/ Tina Keoni*