Robert McWhirter, Bar # 012283
Law offices of Robert J McWhirter
812 N. 2nd Ave.
Phoenix, AZ 85003
bob@robertjmcwhirter.com
480-980-0696
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>John Michael Caruso**,**<br><br>　　　　　Defendant(s). | **NO. 2:20-cr-00165-JJT**<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

　　　John Michael Caruso has advised undersigned counsel he wishes to "part ways." He advises Mr. Shaheen Torgoley of Rapp, Ryan, Underwood, and Pacheco "has been retained" as undersigned counsel's "local substitute." Thus, undersigned counsel moves to withdraw from representing Mr. Caruso.

　　　　　　　　　　Respectfully submitted, December 13, 2022.

　　　　　　　　　　*S/ Robert J. McWhirter*
　　　　　　　　　　Robert J. McWhirter

1

Certificate of Service:

I certify that on December 13, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Andrew Stone, Assistant U. S. Attorney, *U.S. Attorney's Office*

s/ Lisa Young