JOHN D. KIRBY
CA Bar No. 149496
401 West A St, Suite 1150
San Diego, CA 92101
Tel (619)557-0100
jkirby@johnkirbylaw.com
Attorney for defendant: *John Michael Caruso*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# (HONORABLE JOHN J TUCHI)

| | |
|---|---|
| United States Government, | Case No. 20-CR-00165 |
| Plaintiff, | |
| vs. | **[UNOPOSED] MOTION TO CONTINUE JURY TRIAL** |
| John Michael Caruso | |
| Defendant | |

**COMES NOW**, Defendant John Michael Caruso, by and through his counsel, John D. Kirby, hereby moves for an order to continue the Jury Trial in this case, currently set for March 21, 2023, to such date in November 2023 that fits within the Court's calendar.

This motion is based upon the following: The undersigned counsel was only recently hired to represent defendant. The undersigned has been working diligently to come up to speed on this matter. However, this case is complex in nature, both as to the facts – including technology – and legal issues. In

addition, the discovery in this case is voluminous.  It would be impossible for the undersigned to be ready for trial in March of this year.

As to the length of the continuance, both Andrew Stone, the prosecutor in this matter, and counsel for co-defendant Zachary Salter, are scheduled for trial in <u>United States v. Michael Lacey, et al</u>., CR-18-422-PHX-DJH.  Both have advised the undersigned that this trial would be lengthy, and that they will need any motion for a continuance request that the case be continued until at least November 2023.

Neither Mr. Stone nor David S. Eisenberg, counsel for co-defendant Zachary Salter, object this final continuance.  Both, however, wanted it noted that they are not requesting this continuance and are prepared to go forward in March.

For the reasons stated, Mr. Caruso requests that the trial in this matter, currently set for March 21, 2023, be continued to November of 2023.

Dated: <u>1/09/2023</u>    /s/ John D. Kirby
JOHN D. KIRBY
*Counsel for:*
John Michael Caruso