GARY M. RESTAINO
United States Attorney
District of Arizona
ANDREW C. STONE
Assistant United States Attorney
Arizona State Bar No. 026543
SETH T. GOERTZ
Assistant U.S. Attorney
Arizona State Bar No. 031645
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: andrew.stone@usdoj.gov
Email: seth.goertz@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00165-PHX-JJT |
| Plaintiff, | **NOTICE OF REVISED JOINT PROPOSED SCHEDULING ORDER** |
| vs. | |
| John Michael Caruso, *et al.*, | |
| Defendants. | |

In accordance with the Court's recent Minute Entry (Doc. 228), the parties submit this revised joint proposed scheduling order.[1]  The parties have conferred and agree with the dates proposed in the revised joint proposed scheduling order.

Respectfully submitted this 21st day of February, 2023.

GARY M. RESTAINO<br>
United States Attorney<br>
District of Arizona<br><br>
<i>s/ Andrew C. Stone</i><br>
ANDREW C. STONE<br>
SETH T. GOERTZ<br>
Assistant U.S. Attorneys

---

[1] The parties apologize for filing this pleading four days after the Court's deadline.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the applicable CM/ECF registrants.

*s/ Andrew C. Stone*
U.S. Attorney's Office