IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>John Michael Caruso Jr., *et al.*,<br><br>　　　　　Defendants. | No. CR-20-0165-PHX-JJT<br><br>**AMENDED JOINT PROPOSED SCHEDULING ORDER** |

**IT IS ORDERED** setting the following schedule of deadlines for discovery, notices, motions, hearings and trial:

**Discovery and Disclosure Deadlines:** [1]

    a.    Defendants' disclosure of preliminary witness list, exhibit list, and draft summary exhibits:　　　　　　　　　　　　　　November 9, 2023

    b.    Government's Production of *Jencks*/Rule 26.2 material:[2]

　　　　　　　　　　　　　　　　　　　　　　　　　　November 9, 2023

    c.    Defendants' production of Rule 26.2 material:　　　November 9, 2023

---

[1] The United States previously disclosed its preliminary witness list, exhibit list, and draft summary exhibits. The United States will disclose any updates or supplements it may have to either the witness or exhibit lists or summary exhibits. Defendant Zachary Salter also previously disclosed his preliminary witness and exhibit lists and will disclose any updates he may have to those lists.

[2] If either party obtains additional *Jencks*/Rule 26.2 material after the listed deadlines, such material shall be produced as soon as practicable.

**Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed *Voir Dire* Questions, Optional Trial Briefs, Joint Proposed Pre-Trial Order and Joint Proposed Verdict Form:** December 1, 2023

**Pretrial Motions (including Motions *In Limine*):**

    a.    Motion deadline      October 13, 2023

    b.    Response deadline      November 3, 2023

    c.    Reply deadline      November 13, 2023

**Final Pretrial Conference:**      December 15, 2023

**Trial:**      January 9, 2024

    **IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) and (B) will commence from _____ to January 9, 2023.