THE LAW OFFICES OF JOHN D. KIRBY
JOHN D. KIRBY (CA. BAR NO. 149496)
 jkirby@johnkirbylaw.com
401 WEST A STREET, SUITE 1150
SAN DIEGO, CA 92101
Telephone: (619) 557-0100

*Attorney for John Michael Caruso Jr.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>John Michael Caruso Jr.,<br><br>Defendant. | No. 20-CR-00165-01-PHX-JJT<br><br><br>**MOTION TO CONTINUE PRETRIAL DEADLINES** |

Defendant John Michael Caruso, Jr. respectfully moves the Court to continue certain pretrial deadlines to facilitate the defendant's effective preparation for trial with the assistance of counsel. The defendant has asked current lead counsel, David Benowitz, to file a motion to withdraw his appearance ███████████████████████████████████████

███████████████████████████████████████████████████████

██████████ The defendant is mindful of, and is *not* seeking to continue, the approaching trial date of June 4, 2024. However, a continuance of certain pretrial dates is necessary to permit the defendant to mount an effective defense following Mr. Benowitz's expected withdrawal. The undersigned counsel will assume lead defense counsel status.

## PROCEDURAL BACKGROUND AND GROUNDS FOR RELIEF

Until today, Mr. Benowitz has served as lead defense counsel. On November 10, 2023, Mr. Benowitz moved the Court to continue the previously scheduled trial date, because additional time was needed to develop evidence regarding Mr. Caruso's purchase, ownership,

-1-

1   and trading of cryptocurrency—a key issue in this case. The motion explained that, due to

2   unexpected delays, defense counsel had been unable to obtain relevant evidence and provide

3   that evidence to the Government for examination and verification. In response, the Court

4   ordered the parties to meet and confer regarding a proposed amended scheduling order,

5   following which the Court entered an Amended Joint Scheduling Order setting deadlines for

6   discovery, notices, motions, hearings, and trial. (ECF 299; ECF 301).

7        Pursuant to that Order, the Court set a deadline of January 2, 2024, for expert disclosures

8   and a deadline of February 2, 2024, for the defendant's disclosure of a preliminary witness list,

9   exhibit list, and draft summary exhibits. (ECF 301). On January 2, 2024, the defendant timely

10  submitted a Notice of Expert Disclosure as to two expert witnesses—a digital forensic examiner

11  and a forensic accountant. (ECF 307). The defendant made no expert disclosures regarding his

12  cryptocurrency transactions.

13       On January 12, 2024, the Government filed a Motion to Compel Defendant's Rule 16(b)

14  Discovery Obligations. (ECF 310). The basis for the Government's motion was that the

15  continuance previously granted by the Court was intended to facilitate the defendant's

16  production of information relating to his cryptocurrency transactions, but the defendant's expert

17  disclosures contained no relevant information. (ECF 310 at 3). In its Motion to Compel, the

18  Government asked the Court to order the defendant to disclose all relevant information relating

19  to Mr. Caruso's cryptocurrency transactions by February 1, 2024. (ECF 310 at 5).

20       Mr. Benowitz failed to respond in a timely fashion to the Motion to Compel. Finally, on

21  January 30, 2024, with Mr. Benowitz still not having responded, the Court granted the

22  Government's Motion to Compel and ordered that the Defense provide all material responsive

23  to Rule 16(b)(1)(A) no later than February 5, 2024. (ECF 312). On February 5, 2024, Mr.

24  Benowitz finally responded to the Motion to Compel, explaining that his delays were

25  attributable to a family emergency in December 2023, as well as logistical challenges relating

26  to the collection of relevant evidence, and requesting an additional extension of twenty-one days

27  to produce relevant evidence. (ECF 315 at 1-2).

28

[REDACTED] Mr. Caruso thus has asked Mr. Benowitz to withdraw and the undersigned counsel to step in as lead defense counsel. At this point, however, the twenty-one-day extension requested by Mr. Benowitz on February 5, 2024, regrettably is not sufficient to complete the necessary work regarding Mr. Caruso's cryptocurrency transactions. Evidence regarding these transactions is material to Mr. Caruso's defense, and he should not be precluded from offering this evidence because of Mr. Benowitz's performance. For these reasons, and to facilitate an orderly transition of lead counsel, the defendant respectfully requests that the Court modify the pretrial schedule as follows:

| Event | Proposed New Deadline |
|---|---|
| Defendant's Supplemental Expert Disclosure | March 29, 2024 |
| Defendant's Disclosure of Preliminary Witness List, Exhibit List, and Draft Summary Exhibits | April 12, 2024 |
| Any Motions Relating to Defendant's Supplemental Expert Disclosure, or Defendant's Witness List, Exhibit List, and Draft Summary Exhibits | April 19, 2024 |
| Response Deadline | April 26, 2024 |
| Reply Deadline | May 3, 2024 |

| Final Pretrial Conference | May 16, 2024 |

1
2
3
4
5
6

   Prior to filing this motion, the defendant informed the Government about Mr. Benowitz's expected withdrawal, without providing specifics as to the deterioration of the attorney-client relationship and requested the Government's position on the proposed pretrial schedule modification. The Government has not yet responded.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

DATED: February 27, 2024

THE LAW OFFICES OF JOHN D. KIRBY, APC

2

3

By: s/John D. Kirby

4

John D. Kirby

5

6

*Attorney for John Michael Caruso Jr.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-