# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>John Michael Caruso,<br><br>　　　　　Defendant. | No. CR-20-00165-001-PHX-JJT<br><br>**AMENDED JOINT SCHEDULING ORDER** |

**IT IS ORDERED** setting the following schedule of deadlines for discovery, notices, motions, hearings and trial:

**Disclosure Deadlines:**

　　a.　Defendant's disclosure of evidence related to control or utilization of cryptocurrency, exclusive of supplemental expert reports

　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 15, 2024

　　b.　Defendant's supplemental expert disclosure　　　March 29, 2024
　　c.　Defendant's disclosure of preliminary witness list, exhibit list, and draft summary exhibits　　　April 5, 2024

**Motions Relating to Defendant's Disclosure of Evidence Related to Control or Utilization of Cryptocurrency, Defendant's Supplemental Expert Disclosure, or Defendant's Witness List, Exhibit List, and Draft Summary Exhibits:**

　　a.　Motion deadline　　　　　　　　　　　　　　　April 16, 2024

|   |   |   |
|---|---|---|
| b. | Response deadline | April 23, 2024 |
| c. | Reply deadline | April 30, 2024 |

**Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed *Voir Dire* Questions, Optional Trial Briefs, Joint Proposed Pre-Trial Order and Joint Proposed Verdict Form:**       March 15, 2024

**Motions *in Limine* Defense Reply Deadline:**       March 29, 2024

**Final Pretrial Conference:**       May 7, 2024 at 9:00am

**Trial:**       June 4, 2024 at 9:00am

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) and (B) will commence from January 10, 2024 to June 4, 2024.

Dated this 28th day of February, 2024.

_____
Honorable John J. Tuchi
United States District Judge